UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Cassandra Ledezma

        Plaintiff,

v.                                                      Case No.: 1:22−cv−01618
                                                         Honorable Gary Feinerman

Upfield US Inc.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 31, 2022:

       MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendant's motion to dismiss [13] is granted. Plaintiff's claims are dismissed without prejudice (a) for want of subject matter jurisdiction insofar as they seek injunctive relief and (b) on the merits insofar as they seek monetary relief. Plaintiff has until 11/21/2022 to file an amended complaint. If Plaintiff does not replead, the dismissal without prejudice of his claims for damages relief will convert automatically to a dismissal with prejudice, and judgment will be entered. If Plaintiff repleads, Defendant shall file a responsive pleading by 12/12/2022. The status hearing set for 11/10/2022 [26] is stricken and re−set for 11/29/2022 at 9:00 a.m. Attorneys/Parties should appear for the 11/29/2022 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.